(January 11, 1924.)

In the Matter of the Application of GEORGE PERRING for a Writ of Habeas Corpus.

[224 Pac. 668.]

Petition for writ of *habeas corpus*. *Petitioner discharged.*

William Healy, for Petitioner.

A. H. Conner, Attorney General, and Herman H. Taylor, for Wm. F. Dunning, Sheriff.

DUNN, J.—It having been stipulated by the state and the petitioner that this case is in all respects similar to that of Richard Moore, *ante,* p. 506, 224 Pac. 662, and that the judgment in this case may follow that entered in the case of Richard Moore, it is ordered that the petitioner be discharged.

William A. Lee and Wm. E. Lee, JJ., concur.

McCarthy, C. J., and Budge, J., dissent.